**Order entered September 1, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01223-CV

**MICHAEL MORFORD D/B/A NEMAHA WATER SERVICES, GEFFREY ARNOLD MCFALLS, INDIVIDUALLY D/B/A NEMAHA WATER SERVICES, NEMAHA WATER SERVICES, LP, NEMAHA WATER SERVICES GP, LLC, NEMAHA WATER SERVICES OK-1702, LLC, AND NEMAHA SERVICES HOLDING COMPANY, LLC, Appellants**

**V.**

**ESPOSITO SECURITIES, LLC, Appellee**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-05795**

## ORDER

The trial court has ruled in accordance with rule 7.2(b). TEX. R. APP. P. 7.2(b). We reinstate this proceeding. Our opinion will issue in due course.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE